WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF | CV 14-00827-PHX-JAT |
| N'Genuity Enterprises Company | BK NO. 2:11-bk-028705-GBN |
| Debtor. | ADV. NO. 2:13-ap-00215-GBN |
| Vincent E. Jackson | |
| Plaintiff, | ORDER |
| vs. | |
| Wayne H. Clouser, Limited, et al | |
| Defendants. | |

On March 16, 2015, the parties jointly moved to extend the discovery deadline which expired January 30, 2015, and the dispositive motion deadline, which expired March 6, 2015. Doc. 24. The parties' need for this requested extension is based on a settlement which occurred at the end of October 2014. *Id.* at 2. The parties have shown no cause as to why they failed to seek an extension of time between the end of October 2014, when they knew of the settlement, and March 16, 2015.

When this Court considers extensions of its Rule 16 deadlines, one of the factors the Court considers is whether the movant was diligent in seeking an amendment of the Rule 16 order once the movant was aware that an extension would be necessary. *Jackson v. Laureate, Inc.*, 186 F.R.D. 605, 608 (E.D. Cal. 1999)

(citations omitted).  Here, the Court cannot find that waiting four and one half months, and allowing both the discovery deadline and dispositive motion deadline to lapse in that timeframe, was diligent.

Accordingly, the Court does not find good cause and,

**IT IS ORDERED** that the joint motion to extend deadlines (Doc. 24) is denied.  An Order Setting Final Pretrial Conference will follow.

Dated this 18th day of March, 2015.

James A. Teilborg
Senior United States District Judge